```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :   19-CV-2954 (JMF)
                                                           :   19-CV-9946 (JMF)
                                                           :   19-CV-9949 (JMF)
                                                           :   19-CV-9969 (JMF)
                                                           :   19-CV-10019 (JMF)
JUSTIN GOLDMAN,                                            :   19-CV-10020 (JMF)
                                                           :   19-CV-10024 (JMF)
                               Plaintiff,                  :   19-CV-10025 (JMF)
                                                           :   19-CV-10036 (JMF)
             -v-                                           :   19-CV-10058 (JMF)
                                                           :   19-CV-10061 (JMF)
GATEHOUSE MEDIA, LLC et al.,                               :   19-CV-10083 (JMF)
                                                           :   19-CV-10105 (JMF)
                               Defendants.                 :   19-CV-10119 (JMF)
                                                           :   19-CV-10126 (JMF)
                                                           :   19-CV-10146 (JMF)
                                                           :
                                                           :        ORDER
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      For the reasons stated on the record during the conference held on November 6, 2019, the above-captioned cases are hereby CONSOLIDATED for all purposes pursuant to Rule 42 of the Federal Rules of Civil Procedure. The Clerk of Court is directed to consolidate these cases under the lead case, Docket No. 19-CV-2954, and to close the remaining cases for administrative purposes. **All future filings shall be on the 19-CV-2954 docket only.** As discussed on the record, Defendants may file a single, consolidated answer to all of Plaintiff's complains. All deadlines otherwise in force in 19-CV-2954 shall likewise apply to the cases to be consolidated.

      The parties are ORDERED to file, no later than **two weeks from the date of this Order**, a joint letter updating the Court as to the status of the contemplated motions for transfer in the cases filed outside of this District.

      Finally, Defendant's motion for joinder is DENIED for the reasons stated on the record during the November 6th conference. The Clerk of Court is directed to terminate ECF No. 31 in 19-CV-2954.

      SO ORDERED.

Dated: November 12, 2019  
       New York, New York  
                                                    JESSE M. FURMAN  
                                                 United States District Judge